THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Sheridan T. Littlejohn, Respondent-Petitioner,
 v.
 State of South Carolina, Petitioner-Respondent.
 
 
 

ON WRITS OF CERTIORARI

Appeal From Greenville County
 James E. Lockemy, Circuit Court Judge
Memorandum Opinion No.  2009-MO-003
Submitted January 22, 2009  Filed January
 26, 2009  
DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant
 Attorney General Karen C. Ratigan, all of Office of the Attorney General, of
 Columbia, for Petitioner-Respondent.
 Kenneth Clifton Gibson, of Greenville, for Respondent-Petitioner.
 
 
 

PER CURIAM:  After
 careful consideration of the Appendix and briefs, both writs of certiorari are
DISMISSED AS IMPROVIDENTLY GRANTED.
TOAL,
 C.J., WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.